MARY C. O'KEEFFE, Appellant; *v.* J. FRED DUGAN, as Acting Town Clerk of the Town of Riverhead, et al., Respondents.

ROBERT .P. GRIFFING et al., Intervenors, Respondents.

*O' Keeffe* v. *Dugan,* 185 App. Div. 53, affirmed.

(Argued January 6, 1919; decided January 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1918, which reversed an order of Special Term granting an injunction restraining the acting town clerk of the town of Riverhead

from submitting to the electors at the town meeting to be held November 5, 1918, the question of local option.

The following questions were certified: *First.* Was the petition herein duly acknowledged by the electors subscribing the same as required by section 13 of the Liquor Tax Law in a form sufficient to give jurisdiction to the town meeting to vote on the local option questions authorized by said section? *Second.* Is the proof by subscribing witnesses of the signatures of electors subscribing the petition herein a sufficient compliance with the requirements of section 13 of the Liquor Tax Law respecting the signing and acknowledgment by electors of petitions for the submission of the questions herein provided? *Third.* Does section 11 of the General Construction Law govern section 13 of the Liquor Tax Law as to the acknowledgment of the petition thereby provided?

*Percy L. Housel* for appellant.

*Harry D. Sanders* and *Robert P. Griffing* for respondents.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not voting: HOGAN, J.